UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRAIRIE ISLAND INDIAN COMMUNITY,<br><br>                Plaintiff,<br><br>v.<br><br>RADISSON HOTELS INTERNATIONAL, INC., and TREASURE ISLAND, LLC,<br><br>                Defendants. | Civil Action No. 20-CV-1234 (NEB/TNL)<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS RADISSON HOTELS INTERNATIONAL, INC. AND TREASURE ISLAND, LLC TO FILE THEIR RESPONSIVE PLEADINGS** |

The Court has considered the Parties' Joint Stipulation to Extend Time For Defendants Radisson Hotels International, Inc. and Treasure Island, LLC (collectively, "Defendants") To File Their Responsive Pleading [Dkt 12]. Upon consideration of the Parties' filing and for good cause appearing, the Court **APPROVES** the Parties' Joint Stipulation. Defendants shall have up to and including July 27, 2020 to answer, move, or otherwise respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

DATED: June 26, 2020

                                              *s/Tony N. Leung*
                                              Tony N. Leung
                                              United States Magistrate Judge