IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| PRAIRIE ISLAND INDIAN COMMUNITY,<br><br>            Plaintiff,<br><br>    v.<br><br>RADISSON HOTELS INTERNATIONAL, INC., and TREASURE ISLAND, LLC,<br><br>            Defendants. | Civil Action No. 20-CV-01234-NEB-TNL |

## DEFENDANTS' MEET AND CONFER STATEMENT

The undersigned counsel, representing Defendant Treasure Island, LLC and Defendant Radisson Hotels International, Inc. in the above-captioned action, hereby certifies that on July 24, 2020, counsel for the parties conferred via telephone regarding Defendants' Motion to Dismiss Counts Three, Four, Ten, and Eleven of Plaintiff's Complaint and to Stay Deadline for Answering the Complaint, and the ground for the motion. The parties were not able to reach any agreement with regard to any amendment or dismissal of Plaintiff Prairie Island Indian Community's claims. Plaintiff consented to Defendants' motion to stay the responsive pleading deadline as to the remainder of Plaintiff's Complaint.

2

Dated: July 27, 2020 By: s/ *Gina L. Durham*

Gina L. Durham (Admitted *Pro Hac Vice*)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone: 415.836.2500
Gina.Durham@dlapiper.com

Ruth N. Dapper (MN # 0393075)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Ruth.Dapper@dlapiper.com

Marc E. Miller (Admitted *Pro Hac Vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020-1104
Telephone: 212.335.4500
Marc.Miller@dlapiper.com

*Attorneys for Defendants*
*Treasure Island, LLC and*
*Radisson Hotels International, Inc.*